UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOSEPH M. DOWNEY,

                  Plaintiff,

- v -

MONRO, INC.,

                  Defendant.

20-CV-1505 (TJM/ML)

## AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and whereas no party hereto is an infant or incompetent, the parties hereby stipulate to the dismissal of all claims asserted in the above-captioned matter with prejudice and without costs or attorney's fees to any party.

OFFICE OF DOUGLAS W. DRAZEN

By: _____
Douglas W. Drazen
*Attorney for Plaintiff*
2-8 Hawley Street, Suite 111
Binghamton, NY 13901
Telephone: (607) 723-9494
dwd@douglaswalterdrazen.com

Dated: August 8, 2023

NIXON PEABODY LLP

By: _____
Kimberly K. Harding
*Attorney for Defendant*
1300 Clinton Square
Rochester, NY 14604
Telephone: (585) 263-1037
kharding@nixonpeabody.com

Dated: August 8, 2023

IT IS SO ORDERED.
Dated: August 10, 2023

_____
Hon. Thomas J. McAvoy
Senior U.S. District Judge